IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER AARON VASS,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:21-cv-373-MTT-CHW |
| **Deputy Warden ERIC MARTIN,** *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is a motion from Plaintiff titled "motion to dismiss court fees as unconstitutional." (Doc. 24). In the motion, Plaintiff appears to seek to avoid payment of the filing fee for commencing this civil action as contemplated by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(b)(2) ("After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account").

The PLRA's filing fee provisions have already withstood constitutional scrutiny as advancing the legitimate governmental interest of "curtail[ing] abusive prisoner tort, civil rights and conditions litigation." *Mitchell v. Farcass*, 112 F.3d 1483, 1488 (11th Cir. 1997). None of Plaintiff's legal or factual theories warrant a different result, and accordingly, Plaintiff's motion to avoid the filing fee (Doc. 24) is **DENIED**.

**SO ORDERED**, this 15th day of April, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1