IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER AARON VASS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-373-(MTT) |
| | * |
| Deputy Warden ERIC MARTIN, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to the jury verdict dated February 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall recover costs of this action.

This 13th day of February, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk